UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHEILA WILLIS, | Case No: CV12-04001 FMO(PLAx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  May 1, 2013

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE